**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re MICHAEL WOLF, | ) | No. 18-cv-07953 |
| | ) | |
| Debtor. | ) | Consolidated Cases: |
| | ) | Nos. 18 C 07952, 18 C 07953, |
| ------------------------------------------------ | ) | 19 C 01978, 19 C 08154, and |
| | ) | 19 C 08299 |
| N. NEVILLE REID, not individually, | ) | |
| but solely in his capacity as Chapter 7 | ) | Judge John J. Tharp, Jr. |
| Trustee of the bankruptcy estate of | ) | |
| Michael A. Wolf, et al., | ) | (Bankr. No. 14 B 27066) |
| | ) | (Adv. Proc. 16 AP 00066) |
| Plaintiffs-Appellees, | ) | |
| | ) | BANKRUPTCY PROPOSED |
| v. | ) | FINDINGS OF FACT AND |
| | ) | CONCLUSIONS OF LAW |
| SCOTT WOLF, MICHAEL WOLF, et al., | ) | under 28 U.S.C. §157(c) & |
| | ) | BANKRUPTCY APPEAL |
| Defendants-Appellants. | ) | under 28 U.S.C. §158(a) |

<u>**APPELLANT/DEFENDANT SCOTT WOLF'S**</u>
<u>**AMENDED MOTION FOR REHEARING/RECONSIDERATION**</u>

Now Comes Appellant/Defendant, Scott Wolf ("Scott"), *pro se*, and pursuant

to Rule 59(e) of the Federal Rules of Civil Procedure and Rule 4(a)(4)(A)(iv) of the

Federal Rules of Appellate Procedure, as well as pursuant to Rules 8013 and 8022

of the Federal Rules of Bankruptcy Procedure, hereby moves this Honorable Court

to amended his previously filed Motions for Rehearing/Reconsideration (which are

now fully briefed), so that they include and operate against any and all amended

judgments entered by this Court (pursuant to FRCP 60(a)) subsequent to September

30, 2022, so that all avenues and rights to file notices of appeal are preserved, and

states as follows:

1

**<u>Amended Motion</u>**

On September 30, 2022, this Court entered its Memorandum Opinion and Order in all of the consolidated cases[1].

Also on September 30, 2022, this Court entered its Judgment Order in all of the consolidated cases[2].

On October 14, 2022, both Scott and Michael Wolf filed Motions for Rehearing/Reconsideration, under FRBP 8022, in all of the consolidated cases[3].

Also on October 14, 2022, the Trustee filed a motion to amend/correct this Court's Judgment Order in all of the consolidated cases, which was brought under FRCP 60(a)[4].

On October 28, 2022, Scott also filed a Motion for Reconsideration, under FRCP 59(e), as the 19-cv-01978 case isn't technically a bankruptcy appeal[5].

---

[1] Case 18-cv-07952: Doc. 66; Case 18-cv-07953: Doc. 38; Case 19-cv-01978: Doc. 24; Case 19-cv-08154: Doc. 22; Case 19-cv-08299: Doc. 23

[2] Case 18-cv-07952: Doc. 67; Case 18-cv-07953: Doc. 39; Case 19-cv-01978: Doc. 25; Case 19-cv-08154: Doc. 23; Case 19-cv-08299: Doc. 24

[3] Case 18-cv-07952: Doc. 70; Case 18-cv-07953: Doc. 41; Case 19-cv-01978: Doc. 26; Case 19-cv-08154: Doc. 24; Case 19-cv-08299: Doc. 26

[4] Case 18-cv-07952: Doc. 69; Case 18-cv-07953: Doc. 40; Case 19-cv-01978: Doc. 28; Case 19-cv-08154: Doc. 26; Case 19-cv-08299: Doc. 25

[5] Case 19-cv-01978: Doc. 33

However, this Court granted the Trustee's motion to amend the judgment order on October 27, 2022, within all of the consolidated cases[6].

This Court entered its Amended Judgment Order on October 27, 2022, within all of the consolidated cases[7].

Out of an abundance of caution to preserve all rights of appeal, through this *instant* motion, Scott Wolf hereby puts all on notice and amends his previously filed Motions for Rehearing/Reconsideration (which are now fully briefed), to include, and also operate against, and be directed to the Amended Judgment Orders as well.

Scott, through his already filed Motions for Rehearing / Reconsideration, and this *instant* motion, expressly preserves all rights to file notices of appeal against all memorandum opinions and orders entered by this Court since September 30, 2022, once the pending Motions for Rehearing/Reconsideration have been ruled upon by this Court, as is his right under FRAP 4(a), 6(a) and (b).

WHEREFORE, Scott respectfully requests that this Court and all parties to this case are put on notice and recognize, that through this *instant* motion, Scott's previously filed Motions for Rehearing/Reconsideration are hereby amended to operate against the Amended Judgment Orders that were entered under FRCP 60(a)

---

[6] Case 18-cv-07952: Doc. 74; Case 18-cv-07953: Doc. 45; Case 19-cv-01978: Doc. 31; Case 19-cv-08154: Doc. 29; Case 19-cv-08299: Doc. 30

[7] Case 18-cv-07952: Doc. 75; Case 18-cv-07953: Doc. 46; Case 19-cv-01978: Doc. 32; Case 19-cv-08154: Doc. 30; Case 19-cv-08299: Doc. 31

on October 27, 2022, and that the Trustee can't later argue that through some procedural "trick", that Scott's right to an appeal has somehow been extinguished due to the entry of an amended judgment order while timely filed motions for rehearing/reconsideration were pending.

Dated: November 10, 2022                          Respectfully Submitted,

Prepared By:                                      /s/Scott Wolf

Scott Wolf (304-769-9828)                         Scott Wolf, *pro se*
scottwolf.0330@gmail.com                          320 Central Avenue, Unit 141
320 Central Avenue, Unit 141                      Sarasota, Florida 34236
Sarasota, Florida 34236                           304-769-9828
                                                  scottwolf.0330@gmail.com

## <u>CERTIFICATE OF SERVICE</u>

I, Scott Wolf, hereby certify that I caused a true and correct copy of the foregoing *APPELLANT/DEFENDANT SCOTT WOLF'S AMENDED MOTION FOR REHEARING / RECONSIDERATION*, and the documents referred to therein, to be served on the parties listed below via third-party commercial carrier and/or mail, and/or via email, and/or via fax, as well as electronically via the Court's CM/ECF system (all as indicated below on the service list), on the 10th day of November, 2022.

**SERVICE LIST**

via ELECTRONIC MAIL (and via CM/ECF where noted):

| | | |
|---|---|---|
| N. Neville Reid | CM/ECF | nreid@foxswibel.com |
| Daniel Patrick Dawson | CM/ECF | adrag@nisen.com, ddawson@nisen.com |
| Catherine L. Steege | CM/ECF | docketing@jenner.com |
| | | csteege@jenner.com |
| Faye B. Feinstein | CM/ECF | faye.feinstein@quarles.com |
| Hailey Ann Varner | CM/ECF | HVarner@perkinscoie.com |
| Travis Jon Eliason | CM/ECF | Travis.Eliason@quarles.com |
| Holly A. Harrison | CM/ECF | hollyharrison@hlawllc.com |
| Jason Fitterer | CM/ECF | JasonFitterer@hlawllc.com |
| | | |
| Gordon Elliot Gouveia | | ggouveia@foxrothschild.com |
| Christina M Sanfelippo | | csanfelippo@cozen.com |
| Robert Michael Fishman | | rfishman@cozen.com |
| Michael Wolf, Peter Wolf | | wolfegalusa@gmail.com |
| United States Trustee | | pat.s.layng@usdoj.gov |
| U.S. Bankruptcy Court, Clerk | | ilnb_appeals@ilnb.uscourts.gov |

Dated: November 10, 2022          Signed,

<u>/s/Scott Wolf</u>
Scott Wolf, *pro se*
320 Central Avenue, Unit 141
Sarasota, Florida 34236
304-769-9828
scottwolf.0330@gmail.com