## *United States District Court for the Northern District of Illinois*

Case Number:                            Assigned/Issued By:

Judge Name:                              Designated Magistrate Judge:

**FEE INFORMATION**

*Amount Due:*    ☐ $402.00    ☐ $49.00    ☐ $5.00

                        ☐ IFP         ☐ No Fee    ☐ Other _____

                        ☐ $505.00

Number of Service Copies _____        Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____                     Receipt #: _____

Date Payment Rec'd: _____            Fiscal Clerk: _____

**ISSUANCES**

| | |
|---|---|
| ☐ Summons | ☐ Alias Summons |
| ☐ Third Party Summons | ☐ Lis Pendens |
| ☐ Non Wage Garnishment Summons | ☐ Abstract of Judgment |
| ☐ Wage-Deduction Garnishment Summons | _____ |
| ☐ Citation to Discover Assets | _____ |
| ☐ Writ _____ | (Victim, Against and $ Amount) |
|      (Type of Writ) | |

_____ Original and _____ copies on _____ as to _____
                                      (Date)